UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RUBEN FLORES,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-1609 (ESH) |
| ) | |
| **ALBERTO GONZALES,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

**TRANSFER ORDER**

Petitioner is a prisoner at the Federal Correctional Institution in Beaumont, Texas, seeking a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S. Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not within this Court's territorial jurisdiction. In the interest of justice, the Court will transfer the case. Accordingly, it is this 14th day of September 2007,

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), the case is **TRANSFERRED** to the United States District Court for the Eastern District of Texas.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: September 14, 2007